UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADRIANE BEVEL.

    Plaintiff,

        vs.                              CASE NO.: 3:13-cv-186-J-12MCR

PROFESSIONAL BUREAU OF COLLECTIONS, INC..
JOHN DOES 1-10 and JANE DOES 1-10

    Defendant(s)
_____

## NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW the Plaintiff, by and through the undersigned attorney, and hereby requests that this case be dismissed with prejudice and that the parties are to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

                                            Respectfully submitted,

                                            /s/ KATIE M. STONE
                                            FBN 74194
                                            The Consumer Rights Law Firm, PLLC
                                            5401 S. Kirkman Rd., #310
                                            Orlando, FL 32819
                                            Phone: (978) 420-4747 or (407) 217-5807
                                            Fax: (407) 442-3693
                                            Email: attorneykaties@consumerlawfirmcenter.com