UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADRIANE BEVEL,

    Plaintiff,

vs.                             Case No. 3:13-cv-186-J-12MCR

PROFESSIONAL BUREAU OF
COLLECTIONS, INC., et al.,

    Defendants.

_____

## **ORDER**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 7) and the Settlement Agreement and Release (Doc.6), filed May 20, 2013.  Upon review of these submissions and the record in this case, the Court finds that dismissal of this action is appropriate pursuant to Fed.R.Civ.P. 41(a)(1)(A).  Accordingly, it is

**ORDERED:**

This case is dismissed with prejudice, and the Clerk is directed to close the case and to terminate any pending hearings, motions, or deadlines.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of June, 2013.

                                                  TIMOTHY J. CORRIGAN
                                                  United States District Judge

Copies to:   Counsel of Record